UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

GABRIEL FRANCIS,

        Plaintiff,

v.

BLUESTEM BRANDS INC. d/b/a FINGERHUT,

        Defendant.

------------------------------------------------------------x

Case No. 1:17-cv-3310 (NG)(JO)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for plaintiff Gabriel Francis and counsel for defendant Bluestem Brands, Inc. (incorrectly identified by its trade name, "Fingerhut" in the Endorsed Complaint) ("Bluestem"), that this action is hereby dismissed with prejudice and with each party to bear its own costs and fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and that a copy of the signatures on this Stipulation serve the same purposes as an original signature.

| | |
|---|---|
| Edward B. Geller, P.C. | McGuireWoods LLP |
| By: _[signature]_ | By: _[signature]_ |
| Edward B. Geller, Esq. | Philip A. Goldstein, Esq. |
| 15 Landing Way | 1345 Avenue of the Americas, 7th Floor |
| Bronx, NY 10464 | New York, NY 10105 |
| (914) 473-6783 | (212) 548-2100 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: New York, New York | Dated: New York, New York |
|     December 19, 2017 |     December 19, 2017 |

SO ORDERED

_____
                U.S.D.J./U.S.M.J.

_____
                Date

97165886_1.docx