FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 21 2017 ☆

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GABRIEL FRANCIS,

        Plaintiff,

      v.

BLUESTEM BRANDS INC. d/b/a FINGERHUT,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:17-cv-3310 (NG)(JO)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for plaintiff

Gabriel Francis and counsel for defendant Bluestem Brands, Inc. (incorrectly identified by its trade

name, "Fingerhut" in the Endorsed Complaint) ("Bluestem"), that this action is hereby dismissed

with prejudice and with each party to bear its own costs and fees, pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may

be executed in counterparts and that a copy of the signatures on this Stipulation serve the same

purposes as an original signature.

Edward B. Geller, P.C.

By: _____
Edward B. Geller, Esq.
15 Landing Way
Bronx, NY 10464
(914) 473-6783
*Attorneys for Plaintiff*

Dated: New York, New York
     December 19, 2017

SO ORDERED
/s/ Nina Gershon
                    U.S.D.J./U.S.M.J.

97165886_1.docx

McGUIREWOODS LLP

By: _____
Philip A. Goldstein, Esq.
1345 Avenue of the Americas, 7th Floor
New York, NY 10105
(212) 548-2100
*Attorneys for Defendant*

Dated: New York, New York
     December 19, 2017

Dec. 20, 2017
_____
Date